# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 23-45894-TJT
**Case Name:** TERRY WALL, JR.
JACALYNN WALL

**For Period Ending:** 03/31/2024

**Trustee Name:** (420360) Stuart A. Gold
**Date Filed (f) or Converted (c):** 07/03/2023 (f)
**§ 341(a) Meeting Date:** 08/03/2023
**Claims Bar Date:** 12/11/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2012 CHEVROLET SILVERADO | 9,500.00 | 0.00 | | 0.00 | FA |
| 2 | 2014 GMC ACADIA | 18,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2011 FORD MUSTANG | 3,500.00 | 0.00 | | 0.00 | FA |
| 4 | MISC. USED FURNITURE, ETC. | 2,500.00 | 0.00 | | 0.00 | FA |
| 5 | MISC. USED CONSUMER ELECTRONICS, ETC. | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | MISC. PERSONAL CLOTHING, ETC. | 750.00 | 0.00 | | 0.00 | FA |
| 7 | MISC. JEWELRY HELD FOR PERSONAL USE, ETC. | 3,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2 DOGS | 0.00 | 0.00 | | 0.00 | FA |
| 9 | CHECKING & SAVINGS: NAVY FEDERAL CREDIT UNION | 0.00 | 0.00 | | 0.00 | FA |
| 10 | CHECKING & SAVINGS: CHIEF FINANCIAL CREDIT UNION | 0.00 | 0.00 | | 0.00 | FA |
| 11 | RETIREMENT SAVINGS PLAN: TSP/USPS | 2,909.10 | 0.00 | | 0.00 | FA |
| 12 | IRA: USPS | 470.00 | 0.00 | | 0.00 | FA |
| 13 | RENT: LANDLORD | 300.00 | 0.00 | | 0.00 | FA |
| 14 | WAGES GARNISHED WITHIN 90 DAYS OF FILING | 840.73 | 0.00 | | 0.00 | FA |
| 15 | WAGES GARNISHED WITHIN 90 DAYS OF FILING | 2,935.61 | 0.00 | | 0.00 | FA |
| 16 | Avoidable transfer of real property at 17445 Lincoln, Eastpointe, MI (u)<br>AP #23-4366 v. Terry Lee Wall, Sr. and Judith Wall filed 08/31/23 | 0.00 | 23,466.66 | | 0.00 | 23,466.66 |
| **16** | **Assets Totals (Excluding unknown values)** | **$46,205.44** | **$23,466.66** | | **$0.00** | **$23,466.66** |

**Major Activities Affecting Case Closing:**

03/2024 -- Cross Motions for Summary Judgment are pending in the A.P. v. Terry Wall, Sr. and Judith Wall (AP #23-4366)
10/03/23 -- Order entered extending deadline for Trustee to object to debtors' discharge to 11/02/23 [doc #28]
09/12/23 -- Notice of Asset filed; Claims bar date is 12/11/23
08/31/23 -- Complaint filed v. Terry Wall, Sr. and Judith Wall for avoidable transfer (AP #23-4366)
08/2023 -- Investigate for possible avoidable transfer of real property

**Initial Projected Date Of Final Report (TFR):** 08/01/2025   **Current Projected Date Of Final Report (TFR):** 08/01/2025

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:** 23-45894-TJT  
**Case Name:** TERRY WALL, JR.  
JACALYNN WALL  

**For Period Ending:** 03/31/2024

**Trustee Name:** (420360) Stuart A. Gold  
**Date Filed (f) or Converted (c):** 07/03/2023 (f)  
**§ 341(a) Meeting Date:** 08/03/2023  
**Claims Bar Date:** 12/11/2023

04/19/2024  
Date

/s/Stuart A. Gold  
Stuart A. Gold